IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, *et al.*, | § § § § § § § § § § § | |
| Petitioners, | | |
| VS. | | CIVIL ACTION NO. H-12-442 |
| DALLAN WALTERS, *et al.*, | | |
| Respondents. | | |

## ORDER

In this appeal on an administrative record, the full administrative record does not appear to have been filed or docketed. (*See* Docket Entries No. 20, 24, 27). The only parts of the administrative record docketed in this court are the decisions and orders issued by the Benefits Review Board and the Administrative Law Judge. (Docket Entry No. 1, Exs. A–B). The Director of the Office of Workers Compensation Programs is instructed to forward the full administrative record to this court for filing in this case no later than **December 28, 2012**. Counsel for respondent Walters is to ensure that the record is timely filed.

SIGNED on December 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge