IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, *et al.*, | § § | |
| Petitioners, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-442 |
| | § § | |
| DALLAN WALTERS, *et al*., | § § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

In accordance with this court's Memorandum and Opinion of today's date, this case is dismissed, with prejudice. This is a final judgment.

SIGNED on June 20, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge